FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZENON MORALES-CALDERON, <br><br> Defendant. | No. 2:22-CR-00148-MKD-1 <br><br> ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND MOTION TO EXPEDITE <br><br> **MOTIONS GRANTED** <br> **(ECF Nos. 54-55)** |

   Before the Court is Defendant's Unopposed Motion to Modify Conditions of Pretrial Release, **ECF No. 54** and Motion to Expedite, **ECF No. 55**. Defendant recites in his motion that United States Probation and the United States have no objection to Defendant's motion.

   Specifically, Defendant is requesting the Court to modify Condition No. 16 to allow U.S. Probation discretion to modify Defendant's curfew to accommodate his work schedule.

   The Court, finding good cause, **IT IS ORDERED:**

   1.   Defendant's Unopposed Motion to Modify Conditions of Pretrial Release, **ECF No. 54** and Motion to Expedite, **ECF No. 55**. is **GRANTED**.

ORDER - 1

    2.    U.S. Probation shall have discretion to modify the Order Following Detention Hearings on Indictment, ECF No. 39, Condition No. 16, as it relates to Defendant's Curfew to accommodate his work scheduled as needed.

    3.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 8, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2